# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COUNTRY LIFE HOMES, LLC, HEARTHSTONE MANOR I, LLC, HEARTHSTONE MANOR II, LLC, RIVER ROCK, LLC, KEY PROPERTIES GROUP, LLC, CEDAR CREEK LANDING CAMPGROUND, LLC, MBT LAND HOLDINGS, LLC, ELMER FANNIN, and MARY ANN FANNIN, | § § § § § § § § § § § | No. 523, 2024<br><br>Court Below–the Superior Court of the State of Delaware<br><br>C.A. No. N19C-03-228 |
| Plaintiffs Below, Appellants, | § § § | |
| v. | § § | |
| GELLERT SEITZ BUSENKELL & BROWN, LLC, | § § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: September 17, 2025
Decided: September 30, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion dated November 19, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice